**Harold Wagner, appellee, v. Julius Coers, appellant.**

Opinion filed September 12, 1931.

Andrew O. Niehoff, for appellant. Jas. G. McHale and Ernest R. McHale, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.